IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JEREMY J. MOSLANDER, | ) | |
| | ) | |
| Defendant. | ) | |

On the parties' oral motion,

IT IS ORDERED that Defendant Moslander's sentencing is continued to Thursday, June 16, 2005, at 4:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 8th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge